DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

CARLOS HERRERA,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-0258

————————————————

April 8, 2026

Appeal from the Circuit Court for Sarasota County; Dana M. Moss,
Judge.

Blair Allen, Public Defender, and Jonathan Mills, Assistant Public
Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tampa, for Appellee.


PER CURIAM.

      Affirmed.

BLACK, ATKINSON, and SMITH, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.